IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 22-CR-4011 |
| --- | --- |
| Plaintiff, | ) **INDICTMENT** |
| vs. | ) Count 1 |
| | ) 18 U.S.C. §§ 2251(a) and |
| MARIO JOSUE REYES, | ) 2251(e): Sexual Exploitation of a |
| | ) Child |
| Defendant. | ) |

The Grand Jury charges:

### Count 1
### Sexual Exploitation of a Child

Between on or about December 2019 and August 21, 2020, in the Northern District of Iowa, the defendant, MARIO JOSUE REYES, used and attempted to use a minor or minors under the age of 18 to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, causing and attempting to cause said visual depictions to be produced using materials, namely, an Apple iPhone 8 cell phone, that had been previously shipped and transported in interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

A TRUE BILL

/s/
~~PKM~~
Grand Jury Foreperson

2/9/22
Date

TIMOTHY T. DUAX
Acting United States Attorney

By: *[signature]*

RON TIMMONS
Assistant United States Attorney

```
PRESENTED IN OPEN COURT
         BY THE
FOREMAN OF THE GRAND JURY
And filed    FEB 0 9 2022
   ROBERT L. PHELPS, CLERK
```