IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.22-4011-LTS-KEM |
| Plaintiff, ) | |
| vs. ) | MOTION TO FILE |
| ) | SENTENCING MEMORANDUM |
| MARIO JOSUE REYES, ) | AND EXHIBITS UNDER SEAL |
| ) | |
| Defendant. ) | |

Comes now, Mario Josue Reyes, through counsel, and requests that the court allow him to file his Sentencing Memorandum and exhibits under seal because the memorandum and exhibits contain personal information that should not be made public.

Wherefore, the defendant requests that the Court allow him to file his Sentencing Memorandum and Exhibits under seal.

Respectfully submitted,

　　/s/ Priscilla E. Forsyth
Priscilla E. Forsyth
Attorney at Law
505 5th Street, Ste 620
Sioux City, IA 51101
(712) 224-2371 phone
pforsyth@priscillaforsythlaw.com
ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

I served a copy of this document on the attorneys of record of all parties as follows:
1. Method of Service:
    ( √ ) first class mail to the defendant
    ( √ ) Electronic service
2. Date served: September 27, 2022

I declare that the statements above are true to the best of my information, knowledge, and belief.

　　/s/ Priscilla E Forsyth

1